FILED

SEP 30 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

1:18 mj 145

9-24-19

Hello

My name is Brian Rose #43432-087

I want my Attorney Elizabeth Gross removed from my case for the reason. She never responded to six letter that I wrote her, we met three time and we was supposed to view the video of the incident and it was never showed. She had a Plea deal that was never discuss with me. The three times we met she had it every time. Its a video showing that I never touch the officer when this incident occured. She wants me to plea to a assault that didn't happened. Also I have not been indicted on any charge and it's been 11 months since this happened. I have been locked down the whole time. A plea was giving to me today by a correctional officer to sign. That is unprofessional and I know she is not on this case to fight for me she is on the united states Attorney side. I thought whatever we talk about was between me and my Attorney.

Thank You for your time

